

**ORDERED in the Southern District of Florida on March 02, 2011.**

/s/ Paul Hyman

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

IN RE:                                              Case No. 11-11415-PGH

PETER G. BALLAS II, P.A.

      Debtor.
_____/

**ORDER APPROVING DEBTOR'S EX-PARTE AGREED MOTION TO APPROVE
STIPULATION REGARDING APPOINTMENT OF PATIENT RECORDS CUSTODIAN**

THIS MATTER, came before the Court upon the Debtor, Peter G. Ballas II, P.A.'s Agreed Ex-Parte Motion to Approve Stipulation Regarding Appointment of a Patient Records Custodian (the "Motion"), and the Court having review the Motion, the Stipulation, and taking judicial notice of the entire contents of the Court file, it is hereby **ORDERED**:

    1.   The Motion is hereby **GRANTED**; and

    2.   The Court has determined pursuant to 11 U.S.C. §333 that the appointment of a Patient Records Custodian be made; and

-2-

3. That Adam S. Plotkin, M.D., P.A. be appointed as Patient Records Custodian for the Debtor's patient records, effective immediately.

# # #

Submitted by:

David A. Carter, Esq.
David A. Carter, P.A.
One Lincoln Place
1900 Glades Road, Suite 401
Boca Raton, Florida 33431
Telephone: (561) 750-6999
Facsimile (561) 367-0960
Email: dacpa@bellsouth.net

**David A. Carter, Esq. is hereby directed to provide a conformed copy of this Order to all interested parties and to file a Certificate of Service as to same.**